# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2017

Stephen J. Markman,
Chief Justice

154370

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

_____

*In re* Estate of JAMES ERWIN, SR.

SC: 154370
COA: 331846
Saginaw PC: 13-130558-DE

_____/

On order of the Court, the application for leave to appeal the April 6, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2017



Clerk

s0926